## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08CV2483                    Assigned/Issued By: J. N.

Judge Name: KENNELLY                     Designated Magistrate Judge: ASHMAN

---

### FEE INFORMATION

Amount Due:   ☑ $350.00    ☐ $39.00    ☐ $5.00
              ☐ IFP        ☐ No Fee    ☐ Other _____
              ☐ $455.00

Number of Service Copies _____        Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350                           Receipt #: 2740853

Date Payment Rec'd: 5-1-08                 Fiscal Clerk: J. N.

---

### ISSUANCES

☑ Summons                                  ☐ Alias Summons
☐ Third Party Summons                      ☐ Lis Pendens
☐ Non Wage Garnishment Summons             ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons       _____
                                           _____
                                           *(Victim, Against and $ Amount)*
☐ Citation to Discover Assets
                                           ☐ Other
☐ Writ _____                  _____
     *(Type of Writ)*                      _____
                                           *(Type of issuance)*

7 Original and 0 copies on 5-1-08 as to AEROFIL TECHNOLOGY,
                          *(Date)*
INC.; HOME DEPOT USA, INC.; INNOVATIVE CHEMICAL TECHNOLOGIES, INC. ; ORTEC,

INC.; ROANOKE COMPANIES GROUP, INC. ( 2 DIFFERENT ADDRESSES)