# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing in this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rule 83.12 through 83.14.

In the Matter of
DENNIS CUSTY and ANNE CUSTY
v.
ROANOKE COMPANIES GROUP, INC. d/b/a
TILE PERFECT, INC., n/k/a BRTT, INC.
a/k/a H.B. FULLER COMPANY, SLR, INC.
d/b/a EASY CARE PRODUCTS,
INNOVATIVE CHEMICAL
TECHNOLOGIES, INC.; ORTEC, INC.;
AEROFIL TECHNOLOGY, INC.; HOME
DEPOT U.S.A., INC. a/k/a THE HOME
DEPOT, INC.

Case Number: 08 CV 2483 AEE

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

ROANOKE COMPANIES GROUP, INC. n/k/a BRTT, INC.

| |
|---|
| NAME (Type or print)<br>Michael P. Turiello |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>/s/ Michael P. Turiello |
| FIRM<br>Pretzel & Stouffer, Chartered |
| STREET ADDRESS<br>One South Wacker Drive, Suite 2500 |
| CITY/STATE/ZIP<br>Chicago, IL 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6238272 | TELEPHONE NUMBER<br>(312) 346-1973 |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐    NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐    NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐    NO ☒ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX THAT DESCRIBES YOUR STATUS<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |

## CERTIFICATE OF SERVICE

      PLEASE TAKE NOTICE that on the 22nd day of May, 2008, we have electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Western Division, using the CM/ECF System, Attorney's Appearance this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic system.

Counsel for Plaintiff
**Michael T. Terwilliger**
Kenneth J. Allen & Associates, P.C.
1109 Glendale Blvd.
Valparaiso, IN 46383
(219) 465-6292
mtt@kenallenlaw.com

Counsel for Home Depot, U.S.A., Inc.:
John P. MacNaughton
Seslee S. Mattson
Morris, Manning & Martin, L.L.P.
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, Georgia 30326
(404) 504-7689 Phone
(404) 365-9532 Fax
jmacnaughton@mmmlaw.com
smattson@mmmlaw.com

This 22nd day of May, 2008

                                        Respectfully submitted,

                                        BY: /s/ Michael P. Turiello
                                               Michael P. Turiello

Edward B. Ruff, III, Esq.
Michael P. Turiello, Esq.
Crystal Y. Lee, Esq.
PRETZEL & STOUFFER, CHTD.
One South Wacker Drive, Suite 2500
Chicago, Illinois 60606
(312) 346-1973
(312) 346-8242
E-mail: eruff@pretzel-stouffer.com
mturiello@pretzel-stouffer.com
clee@pretzel-stouffer.com