# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing in this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rule 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>DENNIS CUSTY and ANNE CUSTY<br>v.<br>ROANOKE COMPANIES GROUP, INC. d/b/a TILE PERFECT, INC., n/k/a BRTT, INC. a/k/a H.B. FULLER COMPANY, SLR, INC. d/b/a EASY CARE PRODUCTS, INNOVATIVE CHEMICAL TECHNOLOGIES, INC.; ORTEC, INC.; AEROFIL TECHNOLOGY, INC.; HOME DEPOT U.S.A., INC. a/k/a THE HOME DEPOT, INC. | Case Number: 08 CV 2483 AEE |

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

ROANOKE COMPANIES GROUP, INC. n/k/a BRTT, INC.

| |
|---|
| NAME (Type or print)<br>Crystal Y. Lee |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>/s/ Crystal Y. Lee |
| FIRM<br>Pretzel & Stouffer, Chartered |
| STREET ADDRESS<br>One South Wacker Drive, Suite 2500 |
| CITY/STATE/ZIP<br>Chicago, IL 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6290021 | TELEPHONE NUMBER<br>(312) 346-1973 | | |
|---|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | | YES ☐ | NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | YES ☒ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | YES ☐ | NO ☒ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX THAT DESCRIBES YOUR STATUS<br>RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ | | | |

<u>**CERTIFICATE OF SERVICE**</u>

PLEASE TAKE NOTICE that on the 22nd day of <u>May</u>, 2008, we have electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Western Division, using the CM/ECF System, Attorney's Appearance this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic system.

<u>Counsel for Plaintiff</u>
**Michael T. Terwilliger**
Kenneth J. Allen & Associates, P.C.
1109 Glendale Blvd.
Valparaiso, IN 46383
(219) 465-6292
mtt@kenallenlaw.com

<u>Counsel for Home Depot, U.S.A., Inc.:</u>
John P. MacNaughton
Seslee S. Mattson
Morris, Manning & Martin, L.L.P.
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, Georgia 30326
(404) 504-7689 Phone
(404) 365-9532 Fax
jmacnaughton@mmmlaw.com
smattson@mmmlaw.com

This 22nd day of May, 2008

                                              Respectfully submitted,

                                              BY: /s/ CrystalY. Lee
                                                    Crystal Y. Lee

Edward B. Ruff, III, Esq.
Michael P. Turiello, Esq.
Crystal Y. Lee, Esq.
PRETZEL & STOUFFER, CHTD.
One South Wacker Drive, Suite 2500
Chicago, Illinois 60606
(312) 346-1973
(312) 346-8242
E-mail: eruff@pretzel-stouffer.com
mturiello@pretzel-stouffer.com
clee@pretzel-stouffer.com