**FILED**
**JUNE 18, 2008**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 28 2008

FILED
CLERK'S OFFICE

Inasmuch as no objection is pending at this time, the stay is lifted.

JUN 13 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JUN 16 2008

JAMES N. HATTEN, CLERK
By: [signature] Deputy Clerk

IN RE: STAND 'N SEAL PRODUCTS LIABILITY
LITIGATION

Dennis Custy, et al. v. Roanoke Companies Group, Inc.,   )
et al., N.D. Illinois, C.A. No. 1:08-2483                )

MDL No. 1804

### CONDITIONAL TRANSFER ORDER (CTO-14)

On January 5, 2007, the Panel transferred ten civil actions to the United States District Court for the Northern District of Georgia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 469 F.Supp.2d 1351 (J.P.M.L. 2007). Since that time, 22 additional actions have been transferred to the Northern District of Georgia. With the consent of that court, all such actions have been assigned to the Honorable Thomas W. Thrash, Jr.

It appears that the action on this conditional transfer order involves questions of fact that are common to the actions previously transferred to the Northern District of Georgia and assigned to Judge Thrash.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the Northern District of Georgia for the reasons stated in the order of January 5, 2007, and, with the consent of that court, assigned to the Honorable Thomas W. Thrash, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Georgia. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

[signature]
Jeffery N. Lüthi
Clerk of the Panel

ATTEST: A TRUE COPY
CERTIFIED THIS
JUN 17 2008
James N. Hatten, Clerk
By: [signature]
Deputy Clerk

IN RE: STAND 'N SEAL PRODUCTS LIABILITY
LITIGATION

MDL No. 1804

## INVOLVED COUNSEL LIST (CTO-14)

Frank A. Ilardi
HOUCK ILARDI & REGAS LLC
Two Ravinia Drive
Suite 800
Atlanta, GA 30346

John Phillip MacNaughton
MORRIS MANNING & MARTIN LLP
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, GA 30326-1044

Albert H. Parnell
HAWKINS & PARNELL LLP
4000 SunTrust Plaza
303 Peachtree Street, NE
Atlanta, GA 30308-3243

Edward B. Ruff III
PRETZEL & STOUFFER CHTD
One South Wacker Drive
Suite 2500
Chicago, IL 60606-4673

Lawrence A. Sutter
SUTTER O'CONNELL & FARCHIONE
3600 Erieview Tower
1301 East Ninth Street
Cleveland, OH 44114

Michael T. Terwilliger
KENNETH J ALLEN & ASSOCIATES PC
1109 Glendale Boulevard
Valparaiso, IN 46383

Sara S. Turnipseed
NELSON MULLINS RILEY & SCARBOROUGH LLP
First Union Plaza, Suite 1400
999 Peachtree Street, N.E.
Atlanta, GA 30309-4422