

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
  CLERK

June 19, 2008

Anthony Ricciardi
U.S. District Court for the Northern District of Georgia
2211 Richard B. Russell Federal Bldg and U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303-3309

RE: Custy et al v. Roanoke Companies Group, Inc. et al
Case No:08-cv-02483

Dear Clerk:

Pursuant to the order entered by MDL Panel, filed on June 18, 2008, the above record

■       was electronically transmitted to Southern District of Illinois

Please acknowledge receipt of any paper documents on the enclosed copy of this letter.

                              Sincerely yours,

                              Michael W. Dobbins, Clerk

                              By:    /s/ Gwen Rosegay
                                     Deputy Clerk

Enclosures

New Case No. _____     Date _____

cc:     Non-ECF Attorneys and Pro se Parties